UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALICIA M. SILVA,

       Plaintiff,

v.                                      CASE NO. 8:04-cv-2542-T-17EAJ

JOHN E. POTTER, in his
official capacity as Postmaster General
of the UNITED STATES POSTAL SERVICE,

       Defendant.
_____/

## AGREED MOTION TO EXTEND DISCOVERY DEADLINES

Comes Now the Defendant, United States Postal Service, by and through its undersigned counsel, and having conferred by telephone with Charles W. Beacham, Esq., counsel for Plaintiff, files this agreed motion for leave to extend the discovery deadlines heretofore established in this Court's Case Management and Scheduling Order of March 29, 2005, and in the parties' Case Management Report, filed on March 28, 2005. [Dkts. 27 & 24].

The parties have agreed to the following extensions:

1. Discovery cutoff: December 15, 2005.

2. Dispositive Motions: January 15, 2006

3. Final Pretrial Conference: On or after March 1, 2006.

The extensions of time sought in this motion are reasonably required to permit the undersigned attorney for the Defendant to review the voluminous files and records

in this case before undertaking pretrial discovery.  The undersigned attorney was substituted for Mr. Jeffery Delfuoco as counsel of record on June 30, 2005.  Shortly thereafter, and for almost the entire month of July, the undersigned was required to be outside the United States on business.  After returning to the United States in late July the undersigned has had to prepare for trial in <u>Johnson v. United States</u> , Case No. 8:03-cv-2011-T-24TBM, which trial was completed on August 29, 2005.

After extensive discussion with Mr. Beacham, it was agreed that the above extensions were fair and reasonable.

## **INCORPORATED MEMORANDUM OF LAW**

Rule 6(b)(1), Fed. R. Civ. P. allows for enlargements of time on motion when a request therefor is made before the expiration of the period originally prescribed. Although neither the discovery cutoff period nor other time limits have expired, the parties recognize that for the reasons outlined above it is unlikely that they will be able to conform to the dates originally set.

## **CONCLUSION**

For the reasons set forth above, the parties respectfully request that this Honorable Court enter a revised Order endorsing the foregoing extensions of the dates heretofore established in its Order of March 29, 2005.

        Respectfully submitted,

        **PAUL I. PEREZ**
        United States Attorney

By:   s/Michael L. Rubinstein
        Assistant United States Attorney
        USAO No. 036
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) 274-6346
        Facsimile: (813) 274-6200

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Charles W. Beacham, Esquire
    Charles W. Beacham & Associates
    301 Ladonna Boulevard
    Evansville, Indiana  44711

I hereby certify that on August 31, 2005, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States mail to the following non-CM/ECF participants:

    None.

    s/Michael L. Rubinstein
    **MICHAEL L. RUBINSTEIN**
    Assistant United States Attorney