UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ALICIA M. SILVA,

      Plaintiff,

v.                                  Case No. 8:04-CV-2542-T-17EAJ

JOHN F. POTTER, Postmaster General
United States Postal Service.,

      Defendant.

_____/

## ORDER

Before the court are Plaintiff's **Motion for Leave to Take More than 10 Oral Depositions** (Dkt. 70), filed on February 7, 2006, and Defendant's **Response** (Dkt. 72), filed on February 9, 2006. In her motion, Plaintiff requests leave to take eleven oral depositions, one more than the ten allowed as a matter of course under Federal Rule of Civil Procedure 30. Plaintiff attests that each of the eleven witnesses will testify as to relevant matters without redundancy. (Dkt. 70 at 2). Defendant objects and seeks to have Plaintiff remove one of the witnesses Plaintiff selected for deposition. (Dkt. 72).

Although the parties have not conferred as required by Local Rule 3.01(g), M.D. Fla., it is apparent from the filings that the parties do not agree on the resolution of the motion, and that such conference would not have resolved the matter. Considering that Plaintiff seeks to take only one oral deposition in excess of the ten allowed without obtaining leave of court, and in light of Plaintiff's assertion that each witness will give material, non-duplicative testimony, the relief Plaintiff requests is justified in this instance.

Upon consideration, it is **ORDERED and ADJUDGED**:

(1)      Plaintiff's **Motion for Leave to Take More than 10 Oral Depositions** (Dkt. 70) is

   **GRANTED**.

   **DONE AND ORDERED** in Tampa, Florida on this 13th day of February, 2006.

ELIZABETH A JENKINS
United States Magistrate Judge

2