UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALICIA M. SILVA,

    Plaintiff,

v.                                                  Case No. 8:04-cv-2542-T-17EAJ

JOHN E. POTTER, Postmaster General
of the United States Postal Service,

    Defendant.
_____/

## **ORDER**

       This cause is before the Court on the Motion for Issuance of Order to Show Cause Regarding Pro Hac Vice Admission of Counsel for Plaintiff (Docket No. 92) and on the motion of the plaintiff's counsel, Charles W. Beacham, to be allowed to withdraw (Docket No. 122). The Court held a hearing on this matters this date. The Court made various oral rulings at the hearing and this order memorializes those rulings. Accordingly, it is ORDERED:

       As to the motion to withdraw (Docket No. 122), for the ethical reasons set forth in the record of the hearing, the Court **grants** the motion and directs that Mr. Beacham is withdrawn from this matter forthwith.

       As to the Motion for Issuance of Order to Show Cause Regarding Pro Hac Vice Admission of Counsel for Plaintiff (Docket No. 92), on the record the movant, the defendant, announced that the ruling on the motion to withdraw renders the motion moot. Therefore, the motion is **denied as moot.**

The Court announced to the parties that this cause of action will be referred to mediation and that the mediation shall be held within ninety days of this date.  Additionally, the Court will appoint the mediator for this case as soon as possible.

The plaintiff, Alicia M. Silva, is proceeding *pro se* in this action, commencing immediately, unless and until a notice of appearance, by an attorney, is filed in the case.  *Pro Se* parties are obligated to serve on opposing counsel any pleading, motion, or other document filed with this Court.

All other proceedings, except settlement discussions, in this case are **abated** until the completion of the mediation in this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of  November, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record